IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                              FILED
                        U.S. DISTRICT COURT
                        DISTRICT OF COLORADO

                        2022 JAN 19 AM 11: 56

                        JEFFREY P. COLWELL
                                CLERK

                        BY_____DEP. CLK
```

Civil Action No. _____
(To be supplied by the court)

_Christopher Anthony Tedesco_, Plaintiff

v.

_Colorado Coalition for the Homeless and Jacob Sorrells, Ceasar Jiminez, Marin Stein_, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Christopher Arthur Tederdi
(Name and complete mailing address)    ( St. Frans center)
2323 Curtis Street, Denver, Colorado

(Telephone number and e-mail address)
720-523-8020

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Colorado Coalition for the Homeless
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2: Jacob Sorrells
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3: Geaser Jiminez
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: Martin Stein
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

### C.  JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Rapid ReHoosing And Relocation Program Funds to Assist Christopher Cera ~~Tedeschi~~ and 16 yr old son Logan Henderson Tedeschi°

☐  Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___Colorado___.

If Defendant 1 is an individual, Defendant 1 is a citizen of ___Colorado___.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ___Colorado___ (name of state or foreign nation).

Defendant 1 has its principal place of business in ___Colorado___ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Motion For Injunction

Supporting facts:

CCH stated to Chistopher and Cara Tedoschi, after putting Ferniture in storage, signing over SSA to a new Payee, signing a "Motel Reasion" on a year Rental lease, CCH promised to Relocate to a new Home. CCH is Now saying, No Funds For A New Home. Plantiff has been lied to About theirs No Funds for a New week at Motel where CCH paid was only paid for one week and Now CCH is Saying theirs No Funds to continuing Paying For Motel for my wife and Son and me untill CCH puts us in a New Home under the Authority of the Federal Program Services, Rapid ReHousing and Relocation

### E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

To Force CCH To Release Funds For the Tedeschi Family Under the Rapid Rehousing and Relocation Program and To Find Them a New Home.

### F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Christopher Anthony Tedeschi*
(Plaintiff's signature)

1-19-2022
(Date)

(Revised December 2017)